**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7367**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

REGGIE LAMAR KELLEY, a/k/a Lil Red,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:04-cr-00998-CMC-1; 3:16-cv-02029-CMC)

Submitted:  April 20, 2023                                Decided:  April 25, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reggie Lamar Kelley, Appellant Pro Se.  Elliott Bishop Daniels, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reggie Lamar Kelley appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the court's prior order denying relief on Kelley's 28 U.S.C. § 2255 motion, as well as the court's order denying Kelley's Fed. R. Civ. P. 59(e) motion and motion for recusal.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders.  *See United States v. Kelley*, Nos. 3:04-cr-00998-CMC-1; 3:16-cv-02029-CMC (D.S.C. Oct. 6, 2022; Nov. 8, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2